CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: cmariam@grsm.com
        rwise@grsm.com
*Attorneys for Riverside Resort & Casino, Inc.*
*and Riverside Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMIAH ARCHAMBAULT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>RIVERSIDE RESORT & CASINO, INC. AND RIVERSIDE RESORT & CASINO, LLC,<br><br>DEFENDANTS. | Case No.:   2:24-cv-01691-GMN-DJA<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule LR IA 6-1, Plaintiff Jeremiah Archambault and Defendants Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby agree and stipulate to an extension of time for Defendants to respond to Plaintiff's Complaint [ECF No. 1] in this matter.

Plaintiff filed his Complaint on September 11, 2024, and served Defendants on September 16, 2024. Defendants' responsive pleading is due on October 7, 2024. Defendants request an extension of time to respond to the Complaint, up to and including November 6, 2024.

Good cause exists for the extension set forth herein. Gordon Rees Scully Mansukhani, LLP was recently engaged by Defendants as counsel in this matter. This is one of seven putative class actions pending before this Court that make similar allegations arising out of the same

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

purported data breach. On September 20, 2024, Plaintiffs in the six then-filed putative class actions filed, including Plaintiff here, filed a Motion to Consolidate and Appoint Interim Counsel and Memorandum in Support [ECF No. 6], which is still pending. The 30-day extension requested is warranted given the anticipated consolidation of the related putative class action cases and the subsequent filing of a consolidated complaint.  Counsel for Plaintiff does not oppose the extension.  This is the first extension requested for Defendants to respond to the Complaint and is not made for the purpose of delay.

There does not appear to have been entered a scheduling order in this case; thus, there are no dates set for trial, motions, or discovery.

**IT IS HEREBY STIPULATED** that Defendants Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC shall have up to and including November 6, 2024, to respond to Plaintiff's complaint.

**IT IS SO STIPULATED.**

DATED:        October 4, 2024

GORDON REES LLP
SCULLY MANSUKHANI, LLP

*/s/ Rachel L. Wise, Esq.*
_____
CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
300 S. Fourth Street
Suite 1550
Las Vegas, Nevada  89101

*Attorneys for Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC*

DATED:        October 4, 2024

STRANCH, JENNINGS
& GARVEY, PLLC

*/s/ Nathan R. Ring, Esq.*
_____
NATHAN R. RING, ESQ.
Nevada Bar No. 12078
3100 w. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

A. BROOKE MURPHY, ESQ.
(PRO HAC VICE)
MURPHY LAW FIRM
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108

*Attorneys for Plaintiff Jeremiah Archambault*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: 10/7/2024

-2-