1  CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
2  RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
3  GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
4  Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
5  Facsimile:  (702) 255-2858
E-Mail: cmariam@grsm.com
6          rwise@grsm.com
*Attorneys for Riverside Resort & Casino, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FLOYD M. PATTEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE RESORT & CASINO, INC.,<br><br>Defendant. | Case No.:   2:24-cv-01695<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule LR IA 6-1, Plaintiff Floyd M. Patten and Defendant Riverside Resort & Casino, Inc. ("Riverside"), by and through their respective counsel of record, hereby agree and stipulate to an extension of time for Defendants to respond to Plaintiff's Complaint [ECF No. 1] in this matter.

Plaintiff filed his Complaint on September 12, 2024, and served Riverside on September 18, 2024.  Riverside's responsive pleading is due on October 9, 2024. Riverside requests an extension of time to respond to the Complaint, up to and including November 8, 2024.

Good cause exists for the extension set forth herein. Gordon Rees Scully Mansukhani, LLP was recently engaged by Riverside as counsel in this matter. This is one of seven putative class actions pending before this Court that make similar allegations arising out of the same purported data breach. On September 20, 2024, Plaintiffs in the six then-filed putative class

actions filed, including Plaintiff here, filed a Motion to Consolidate and Appoint Interim Counsel and Memorandum in Support, which is still pending. The 30-day extension requested is warranted given the anticipated consolidation of the related putative class action cases and the subsequent filing of a consolidated complaint. Counsel for Plaintiff does not oppose the extension. This is the first extension requested for Riverside to respond to the Complaint and is not made for the purpose of delay.

There does not appear to have been entered a scheduling order in this case; thus, there are no dates set for trial, motions, or discovery.

**IT IS HEREBY STIPULATED** that Defendant Riverside Resort & Casino, Inc. shall have up to and including November 8, 2024, to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

| DATED: October 8, 2024 | DATED: October 8, 2024 |
|---|---|
| GORDON REES LLP SCULLY MANSUKHANI, LLP | WISE LAW FIRM, PLC |
| /s/ Rachel L. Wise, Esq. | /s/ David Hilton Wise. |
| CRAIG J. MARIAM, ESQ.<br>Nevada Bar No. 10926<br>RACHEL L. WISE, ESQ.<br>Nevada Bar No. 12303<br>300 S. Fourth Street<br>Suite 1550<br>Las Vegas, Nevada  89101 | DAVID HILTON WISE, ESQ.<br>Nevada Bar No. 11014<br>421 Court Street<br>Reno, Nevada 89501 |
| *Attorneys for Riverside Resort & Casino, Inc.* | *Attorneys for Plaintiff Floyd M. Patten* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/9/2024