CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: cmariam@grsm.com
         rwise@grsm.com
*Attorneys for Riverside Resort & Casino, Inc.
and Riverside Resort & Casino, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT DAPELLO, BRIAN SCOTT GIUILAND, CAROL ANN LAUDONIO, GARY LESTER, KATHLEEN MADDOX, JEAN MARKGRAF, DARLENE MARTIN, MICHAEL J. MONTOYA, FLOYD PATTEN, AMBER McCONNELL, and RONALD HANSEN, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE RESORT & CASINO, LLC,<br><br>Defendant. | Case No.:  2:24-cv-01691-GMN-DJA<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule LR IA 6-1, Plaintiffs Robert Dapello, Brian Scott Giuiland, Carol Ann Laudonio, Gary Lester, Kathleen Maddox, Jean Markgraf, Darlene Martin, Michael J. Montoya, Floyd Patten, Amber McConnell, and Ronald Hansen (collectively, "Plaintiffs") and Defendant Riverside Resort & Casino, LLC ("Riverside"), by and through their respective counsel of record, hereby agree and stipulate to a briefing schedule for Riverside's anticipated Motion to Dismiss the Consolidated Class Action Complaint as set forth below.

WHEREAS, on September 20, 2024, Plaintiffs in six putative class actions filed a Motion to Consolidate and Appoint Interim Counsel and Memorandum in Support thereof

("Consolidation Motion") [ECF No. 6];

WHEREAS, on October 8, 2024, this Court granted Plaintiffs' Consolidation Motion and provided Plaintiffs with forty-five (45) days to file a Consolidated Class Action Complaint [ECF No. 13] ;

WHEREAS, on November 21, 2024, Plaintiffs filed a Consolidated Class action Complaint [ECF No. 20];

WHEREAS, Riverside's responsive pleading is currently due on or by December 5, 2024;

WHEREAS, the Parties have met and conferred and agreed to a briefing schedule on Riverside's anticipated Motion to Dismiss the Consolidated Class Action Complaint as set forth below;

WHEREAS, this matter involves a complex class action in connection with a purported data breach;

WHEREAS, the Parties respectfully suggest that this schedule will enable them to fully develop and present argument for the Court in the most efficient manner possible on the complex issues raised in Plaintiffs' Consolidated Class Action Complaint.

WHEREAS, this is the first briefing schedule requested by the Parties in connection with Riverside's anticipated Motion to Dismiss the Consolidated Class Action Complaint and is not made for the purpose of delay;

WHEREAS, there does not appear to have been entered a scheduling order in this case; thus, there are no dates that would be disrupted by entering the requested briefing schedule.

**IT IS HEREBY STIPULATED AND AGREED** that the following briefing schedule shall govern Riverside's Motion to Dismiss briefing:

1.  Riverside shall file a motion to dismiss (and any corresponding Memorandum of Points and Authorities and exhibits) on or by January 6, 2025;

2.  Plaintiffs shall file an Opposition (and any corresponding Memorandum of Points and Authorities and exhibits) to Riverside's Motion to Dismiss on or by February 20, 2025; and

3. Riverside shall file a Reply in Further Support of the Motion to Dismiss on or by March 7, 2025.

**IT IS SO STIPULATED.**

DATED: December 3, 2024

GORDON REES LLP
SCULLY MANSUKHANI, LLP

*/s/ Rachel L. Wise, Esq.*
_____

CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
300 S. Fourth Street
Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Riverside Resort & Casino, LLC*

DATED: December 3, 2024

MURPHY LAW FIRM

*/s/ A. Brooke Murphy, Esq.*
_____

A. BROOKE MURPHY
(ADMITTED PRO HAC VICE)
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108

RAINA C. BORRELLI
(PRO HAC VICE FORTHCOMING)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL, 60611

*Interim Class Counsel*

NATHAN R. RING, ESQ.
Nevada Bar No. 12078
3100 w. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

*Interim Liaison Counsel*

JOHN J. NELSON, ESQ. (CA SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212

PHILIP J. KRZESKI (PRO HAC VICE)
CHESTNUT CAMBRONNE PA
100 Washington Ave., Ste 1700
Minneapolis, MN 55401-2138

-3-

TYLER J. BEAN (PRO HAC VICE)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151

LEIGH S. MONTGOMERY
(PRO HAC VICE FORTHCOMING)
EKSM, LLP
1105 Milford Street
Houston, TX 77006

MONA AMINI (NV BAR NO. 15381)
GUSTAVO PONCE (NV BAR NO. 15084)
KAZEROUNI LAW GROUP, APC
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113

M. ANDERSON BERRY, ESQ.
(PRO HAC VICE FORTHCOMING)
GREGORY HAROUTUNIAN
(PRO HAC VICE FORTHCOMING)
CLAYEO C. ARNOLD
A PROFESSIONAL CORP.
865 Howe Avenue
Sacramento, CA 95825

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE


DATED: December 5, 2024
_____

-4-