1  CRAIG J. MARIAM, ESQ.
   Nevada Bar No. 10926
2  RACHEL L. WISE, ESQ.
   Nevada Bar No. 12303
3  GORDON REES SCULLY MANSUKHANI, LLP
   300 South Fourth Street, Suite 1550
4  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
5  Facsimile: (702) 255-2858
   E-Mail: cmariam@grsm.com
6          rwise@grsm.com
   *Attorneys for Riverside Resort & Casino, Inc.*
7  *and Riverside Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT DAPELLO, BRIAN SCOTT GIUILAND, CAROL ANN LAUDONIO, GARY LESTER, KATHLEEN MADDOX, JEAN MARKGRAF, DARLENE MARTIN, MICHAEL J. MONTOYA, FLOYD PATTEN, AMBER McCONNELL, and RONALD HANSEN, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE RESORT & CASINO, INC. and RIVERSIDE RESORT & CASINO, LLC,<br><br>Defendants. | Case No.: 2:24-cv-01691-GMN-DJA<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' CONSOLIDATED COMPLAINT FOLLOWING THE COURT'S RULING ON THE MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule LR IA 6-1, Plaintiffs Robert Dapello, Brian Scott Giuiland, Carol Ann Laudonio, Gary Lester, Kathleen Maddox, Jean Markgraf, Darlene Martin, Michael J. Montoya, Floyd Patten, Amber McConnell, and Ronald Hansen (collectively, "Plaintiffs") and Defendants Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC (collectively "Riverside"), by and through their respective counsel of record, hereby agree and stipulate to an extension of time for Riverside to file an answer to Plaintiffs' Consolidated Complaint [ECF No. 20] ("Complaint") following the Court's ruling on the motion to dismiss [ECF No. 31] in this matter.

WHEREAS, on January 6, 2025, Riverside moved to dismiss the Complaint [ECF No.

1  23]; and

2  WHEREAS, on September 9, 2025, the Court issued an Order granting in part, and
3  denying in part, the motion to dismiss [ECF No. 31]; and

4  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Riverside's answer
5  to the Complaint is due on or before September 24, 2025; and

6  WHEREAS, good cause exists for the extension set forth herein because the Parties are
7  exploring whether early resolution of the remaining claims through mediation is viable here and
8  need additional time to confirm with their respective clients as to the next steps in the mediation
9  process; and

10  WHEREAS, this is the first extension requested for Riverside to file an answer to the
11  Complaint and is not made for the purpose of delay; and

12  WHEREAS, the Parties respectfully suggest that providing Riverside a short, twenty (20)
13  day extension to file an answer will aid their mediation discussions and help determine whether
14  resolution is indeed viable here; and

15  WHEREAS, there does not appear to have been entered a scheduling order in this case;
16  thus, there are no dates that would be disrupted by entering the requested stay.

17  **IT IS HEREBY STIPULATED AND AGREED** that Defendants Riverside Resort &
18  Casino, Inc. and Riverside Resort & Casino, LLC shall have up to and including October 13,
19  2025, to respond to Plaintiffs' Complaint.

20  **IT IS SO STIPULATED.**

21  DATED:  September 23, 2025           DATED:  September 23, 2025

23  GORDON REES LLP
    SCULLY MANSUKHANI, LLP              MURPHY LAW FIRM

24  /s/ Rachel L. Wise, Esq.             /s/ A. Brooke Murphy, Esq.

25  CRAIG J. MARIAM, ESQ.
    Nevada Bar No. 10926                 A. BROOKE MURPHY
26  RACHEL L. WISE, ESQ.                 (ADMITTED PRO HAC VICE)
    Nevada Bar No. 12303                 4116 Will Rogers Pkwy, Suite 700
27  300 S. Fourth Street                 Oklahoma City, OK 73108
    Suite 1550
28  Las Vegas, Nevada  89101             RAINA C. BORRELLI

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-2-

|     |     |     |
| --- | --- | --- |
| 1   | *Attorneys for Riverside Resort & Casino, LLC* | (PRO HAC VICE FORTHCOMING) STRAUSS BORRELLI PLLC One Magnificent Mile 980 N. Michigan Avenue, Suite 1610 Chicago, IL, 60611 |

*Attorneys for Riverside Resort & Casino, LLC*

(PRO HAC VICE FORTHCOMING)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL, 60611

*Interim Class Counsel*

NATHAN R. RING, ESQ.
Nevada Bar No. 12078
3100 w. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

*Interim Liaison Counsel*

JOHN J. NELSON, ESQ. (CA SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212

PHILIP J. KRZESKI (PRO HAC VICE)
CHESTNUT CAMBRONNE PA
100 Washington Ave., Ste 1700
Minneapolis, MN 55401-2138

TYLER J. BEAN (PRO HAC VICE)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151

LEIGH S. MONTGOMERY
(PRO HAC VICE)
EKSM, LLP
1105 Milford Street
Houston, TX 77006

MONA AMINI (NV BAR NO. 15381)
GUSTAVO PONCE (NV BAR NO. 15084)
KAZEROUNI LAW GROUP, APC
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113

M. ANDERSON BERRY, ESQ.
(PRO HAC VICE FORTHCOMING)
GREGORY HAROUTUNIAN
(PRO HAC VICE FORTHCOMING)
CLAYEO C. ARNOLD

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

A PROFESSIONAL CORP.
865 Howe Avenue
Sacramento, CA 95825

**ORDER**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/25/2025

-4-