1  CRAIG J. MARIAM, ESQ.
   Nevada Bar No. 10926
2  RACHEL L. WISE, ESQ.
   Nevada Bar No. 12303
3  GORDON REES SCULLY MANSUKHANI, LLP
   300 South Fourth Street, Suite 1550
4  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
5  Facsimile: (702) 255-2858
   E-Mail: cmariam@grsm.com
6         rwise@grsm.com
   *Attorneys for Riverside Resort & Casino, Inc.*
7  *and Riverside Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT DAPELLO, BRIAN SCOTT GIUILAND, CAROL ANN LAUDONIO, GARY LESTER, KATHLEEN MADDOX, JEAN MARKGRAF, DARLENE MARTIN, MICHAEL J. MONTOYA, FLOYD PATTEN, AMBER McCONNELL, and RONALD HANSEN, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE RESORT & CASINO, INC. and RIVERSIDE RESORT & CASINO, LLC,<br><br>Defendants. | Case No.: 2:24-cv-01691-GMN-DJA<br><br>**STIPULATION FOR SECOND EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' CONSOLIDATED COMPLAINT FOLLOWING THE COURT'S RULING ON THE MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule LR IA 6-1, Plaintiffs Robert Dapello, Brian Scott Giuiland, Carol Ann Laudonio, Gary Lester, Kathleen Maddox, Jean Markgraf, Darlene Martin, Michael J. Montoya, Floyd Patten, Amber McConnell, and Ronald Hansen (collectively, "Plaintiffs") and Defendants Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC (collectively "Riverside"), by and through their respective counsel of record, hereby agree and stipulate to an extension of time for Riverside to file an answer to Plaintiffs' Consolidated Complaint [ECF No. 20] ("Complaint") following the Court's ruling on the motion to dismiss [ECF No. 31] in this matter.

WHEREAS, on January 6, 2025, Riverside moved to dismiss the Complaint [ECF No. 23];

1 and

2 WHEREAS, on September 9, 2025, the Court issued an Order granting in part, and denying
3 in part, the motion to dismiss [ECF No. 31]; and

4 WHEREAS, on September 23, 2025, the Parties stipulated for a first extension of time to
5 file an answer to Plaintiffs' Consolidated Complaint [ECF No. 32], to which the Court granted and
6 memorialized the first stipulation extending time to answer in an Order [ECF No. 33]; and

7 WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Riverside's answer
8 to the Complaint is due on or before October 13, 2025; and

9 WHEREAS, good cause exists for the extension set forth herein because the Parties are
10 still exploring whether early resolution of the remaining claims through mediation is viable here
11 and need a small amount of additional time to confirm with their respective clients as to the next
12 steps in the mediation process; and

13 WHEREAS, this is the second extension requested for Riverside to file an answer to the
14 Complaint and is not made for the purpose of delay; and

15 WHEREAS, the Parties respectfully suggest that providing Riverside a short, seven (7) day
16 extension to file an answer will aid their mediation discussions and help determine whether
17 resolution is indeed viable here; and

18 WHEREAS, there does not appear to have been entered a scheduling order in this case;
19 thus, there are no dates that would be disrupted by entering the requested stay.

20 **IT IS HEREBY STIPULATED AND AGREED** that Defendants Riverside Resort &
21 Casino, Inc. and Riverside Resort & Casino, LLC shall have up to and including October 20, 2025,
22 to respond to Plaintiffs' Complaint.

23 **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: October 13, 2025 | DATED: October 13, 2025 |
| 2 | GORDON REES LLP | MURPHY LAW FIRM |
|   | SCULLY MANSUKHANI, LLP | |

/s/ Rachel L. Wise

/s/ A. Brooke Murphy

CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
300 S. Fourth Street
Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Riverside Resort & Casino, LLC*

A. BROOKE MURPHY
(ADMITTED PRO HAC VICE)
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108

RAINA C. BORRELLI
(PRO HAC VICE FORTHCOMING)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL, 60611

*Interim Class Counsel*

NATHAN R. RING, ESQ.
Nevada Bar No. 12078
3100 w. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

*Interim Liaison Counsel*

JOHN J. NELSON, ESQ. (CA SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212

PHILIP J. KRZESKI (PRO HAC VICE)
CHESTNUT CAMBRONNE PA
100 Washington Ave., Ste 1700
Minneapolis, MN 55401-2138

TYLER J. BEAN (PRO HAC VICE)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151

LEIGH S. MONTGOMERY
(PRO HAC VICE)
EKSM, LLP
1105 Milford Street
Houston, TX 77006

MONA AMINI (NV BAR NO. 15381)
GUSTAVO PONCE (NV BAR NO. 15084)
KAZEROUNI LAW GROUP, APC
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113

M. ANDERSON BERRY, ESQ.
(PRO HAC VICE FORTHCOMING)
GREGORY HAROUTUNIAN
(PRO HAC VICE FORTHCOMING)
CLAYEO C. ARNOLD
A PROFESSIONAL CORP.
865 Howe Avenue
Sacramento, CA 95825

**ORDER**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 10/14/2025