CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: cmariam@grsm.com
         rwise@grsm.com
*Attorneys for Riverside Resort & Casino, Inc.
and Riverside Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT DAPELLO, BRIAN SCOTT GIUILAND, CAROL ANN LAUDONIO, GARY LESTER, KATHLEEN MADDOX, JEAN MARKGRAF, DARLENE MARTIN, MICHAEL J. MONTOYA, FLOYD PATTEN, AMBER McCONNELL, and RONALD HANSEN, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE RESORT & CASINO, INC. and RIVERSIDE RESORT & CASINO, LLC,<br><br>Defendants. | Case No.: 2:24-cv-01691-GMN-DJA<br><br>**JOINT STATUS REPORT FOLLOWING MEDIATION** |

Pursuant to Local Rule LR IA 6-1, Plaintiffs Robert Dapello, Brian Scott Giuiland, Carol Ann Laudonio, Gary Lester, Kathleen Maddox, Jean Markgraf, Darlene Martin, Michael J. Montoya, Floyd Patten, Amber McConnell, and Ronald Hansen (collectively, "Plaintiffs") and Defendants Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC (collectively "Riverside")(Plaintiffs and Riverside, collectively, the "Parties"), by and through their respective counsel of record, in compliance with the Court's Order of October 27, 2025, respectfully submit this Joint Status Report and hereby seek an additional 30-day stay concerning all pending and forthcoming deadlines to continue settlement negotiations.

# BACKGROUND

1. On January 6, 2025, Riverside moved to dismiss Plaintiffs' Consolidated Complaint [ECF No. 23].

2. On February 24, 2025, the Court issued an Order [ECF No. 29] granting the Parties' stipulation to stay discovery to allow for time to explore the potential for an early resolution while the motion to dismiss was pending.

3. On September 9, 2025, the Court issued an Order granting in part, and denying in part, the motion to dismiss [ECF No. 31].

4. On September 23, 2025, the Parties stipulated for a first extension of time to file an answer to Plaintiffs' Consolidated Complaint [ECF No. 32], which the Court granted and memorialized in an Order [ECF No. 33].

5. On October 13, 2025, the Parties stipulated for a second extension of time to file an answer to Plaintiffs' Consolidated Complaint [ECF No. 34], which the Court granted and memorialized in an Order [ECF No. 35].

6. On October 27, 2025, this Court granted the Parties' Stipulation for Stay Pending Mediation, requiring the Parties to file a joint status report within fourteen (14) days following mediation as to the mediation's outcome and status of the matter [ECF No. 37].

# REPORT ON MEDIATION

7. On December 9, 2025, the Parties participated in an all-day remote mediation before the Hon. Heather Welch (Ret.), an experienced mediator in data privacy class actions with JAMS.

8. At mediation, the Parties were able to achieve agreement on several terms in connection with settling this action on a class-wide basis. However, the Parties are continuing settlement negotiations and are hopeful they may come to an amicable resolution of Plaintiffs' and the proposed Class's claims in this matter.

9. As the Court is aware, this matter involves a complex class action in connection with a purported data breach related to Riverside.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

10. This litigation is likely to be protracted and will encompass a myriad of issues involving discovery, defenses, and further disputes expending judicial resources through extensive motion practice, all of which makes a stay ideal at this juncture prior to the outcome of the Parties' mediation.

11. Given the nature of this type of litigation, the Parties seek an additional thirty (30) day stay of all deadlines until January 22, 2026, to work towards completing these negotiations and, at that time, will provide the Court with a joint status report on these negotiations and next steps, if necessary.

WHEREFORE, Plaintiffs Robert Dapello, Brian Scott Giuiland, Carol Ann Laudonio, Gary Lester, Kathleen Maddox, Jean Markgraf, Darlene Martin, Michael J. Montoya, Floyd Patten, Amber McConnell, and Ronald Hansen and Defendants Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC respectfully request an additional thirty (30) day stay of all deadlines so that the Parties can continue settlement negotiations.

DATED: December 22, 2025

GORDON REES LLP
SCULLY MANSUKHANI, LLP

/s/ Rachel L. Wise, Esq.

CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
300 S. Fourth Street
Suite 1550
Las Vegas, Nevada  89101

*Attorneys for Riverside Resort & Casino, LLC*

DATED: December 22, 2025

MURPHY LAW FIRM

/s/ A. Brooke Murphy, Esq.

A. BROOKE MURPHY
(ADMITTED PRO HAC VICE)
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108

RAINA C. BORRELLI
(PRO HAC VICE FORTHCOMING)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL, 60611
*Interim Class Counsel*

NATHAN R. RING, ESQ.
Nevada Bar No. 12078
3100 w. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
*Interim Liaison Counsel*

JOHN J. NELSON, ESQ. (CA SBN 317598)

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212

PHILIP J. KRZESKI (PRO HAC VICE)
CHESTNUT CAMBRONNE PA
100 Washington Ave., Ste 1700
Minneapolis, MN 55401-2138

TYLER J. BEAN (PRO HAC VICE)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151

LEIGH S. MONTGOMERY
(PRO HAC VICE)
EKSM, LLP
1105 Milford Street
Houston, TX 77006

MONA AMINI (NV BAR NO. 15381)
GUSTAVO PONCE (NV BAR NO. 15084)
KAZEROUNI LAW GROUP, APC
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113

M. ANDERSON BERRY, ESQ.
(PRO HAC VICE FORTHCOMING)
GREGORY HAROUTUNIAN
(PRO HAC VICE FORTHCOMING)
CLAYEO C. ARNOLD
A PROFESSIONAL CORP.
865 Howe Avenue
Sacramento, CA 95825

**IT IS HEREBY ORDERED** that this case remains stayed.

**IT IS FURTHER ORDERED** that the Parties must file a joint status report advising the Court of the status of this case no later than January 22, 2026.

**DATED** this __29__ day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd of December, I served via CM/ECF and/or deposited for mailing in the U.S. Mail, a true and correct copy of the foregoing JOINT STATUS REPORT FOLLOWING MEDIATION upon all counsel of record.

*/s/ Rachel L. Wise, Esq.*
Employee of Gordon Rees Scully Mansukahni, LLP

**Rachel Wise**

| | |
|---|---|
| **From:** | Raina Borrelli <raina@straussborrelli.com> |
| **Sent:** | Monday, December 22, 2025 8:30 AM |
| **To:** | A. Brooke Murphy; Daniel Mirarchi |
| **Cc:** | Brian Middlebrook |
| **Subject:** | RE: CONFIRMATION: Dapello, Robert et al. vs. Riverside Resort and Casino LLC. - JAMS Ref No. 1340022207 |

Agree- thank you!

**From:** A. Brooke Murphy <abm@murphylegalfirm.com>
**Sent:** Monday, December 22, 2025 10:28 AM
**To:** Daniel Mirarchi <dmirarchi@grsm.com>; Raina Borrelli <raina@straussborrelli.com>
**Cc:** Brian Middlebrook <bmiddlebrook@grsm.com>
**Subject:** Re: CONFIRMATION: Dapello, Robert et al. vs. Riverside Resort and Casino LLC. - JAMS Ref No. 1340022207

This looks good to me. Thanks, Dan.


Brooke

_____

A. Brooke Murphy
**MURPHY LAW FIRM**

---

**From:** Daniel Mirarchi <dmirarchi@grsm.com>
**Sent:** Monday, December 22, 2025 9:46 AM
**To:** Raina Borrelli <raina@straussborrelli.com>
**Cc:** A. Brooke Murphy <abm@murphylegalfirm.com>; Brian Middlebrook <bmiddlebrook@grsm.com>
**Subject:** RE: CONFIRMATION: Dapello, Robert et al. vs. Riverside Resort and Casino LLC. - JAMS Ref No. 1340022207

Raina and Brooke,

Attached please find a proposed joint status report to the court advising of the mediation's outcome and seeking an additional 30-day extension to continue discussions. Please let me know if you have any edits or comments.


**From:** Daniel Mirarchi
**Sent:** Friday, December 19, 2025 8:13 PM
**To:** 'Raina Borrelli' <raina@straussborrelli.com>
**Cc:** A. Brooke Murphy <abm@murphylegalfirm.com>; Brian Middlebrook <bmiddlebrook@grsm.com>
**Subject:** RE: CONFIRMATION: Dapello, Robert et al. vs. Riverside Resort and Casino LLC. - JAMS Ref No. 1340022207

Hi Raina,

Yes, we can prepare the joint status report and will circulate for approval.

Dan