CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: cmariam@grsm.com
         rwise@grsm.com
*Attorneys for Riverside Resort & Casino, Inc.*
*and Riverside Resort & Casino, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT DAPELLO, BRIAN SCOTT GIUILAND, CAROL ANN LAUDONIO, GARY LESTER, KATHLEEN MADDOX, JEAN MARKGRAF, DARLENE MARTIN, MICHAEL J. MONTOYA, FLOYD PATTEN, AMBER McCONNELL, and RONALD HANSEN, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE RESORT & CASINO, INC. and RIVERSIDE RESORT & CASINO, LLC,<br><br>Defendants. | Case No.:   2:24-cv-01691-GMN-DJA<br><br>**ORDER GRANTING REQUEST TO STAY** |

Pursuant to Local Rule LR IA 6-1, Plaintiffs Robert Dapello, Brian Scott Giuiland, Carol Ann Laudonio, Gary Lester, Kathleen Maddox, Jean Markgraf, Darlene Martin, Michael J. Montoya, Floyd Patten, Amber McConnell, and Ronald Hansen (collectively, "Plaintiffs") and Defendants Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC (collectively "Riverside")(Plaintiffs and Riverside, collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this Joint Status Report and hereby seek an additional 14-day stay until March 12, 2026, concerning all pending and forthcoming deadlines to continue settlement negotiations.

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**BACKGROUND**

1. On January 6, 2025, Riverside moved to dismiss Plaintiffs' Consolidated Complaint [ECF No. 23].

2. On February 24, 2025, the Court issued an Order [ECF No. 29] granting the Parties' stipulation to stay discovery to allow for time to explore the potential for an early resolution while the motion to dismiss was pending.

3. On September 9, 2025, the Court issued an Order granting in part, and denying in part, the motion to dismiss [ECF No. 31].

4. On September 23, 2025, the Parties stipulated for a first extension of time to file an answer to Plaintiffs' Consolidated Complaint [ECF No. 32], which the Court granted and memorialized in an Order [ECF No. 33].

5. On October 13, 2025, the Parties stipulated for a second extension of time to file an answer to Plaintiffs' Consolidated Complaint [ECF No. 34], which the Court granted and memorialized in an Order [ECF No. 35].

6. On October 27, 2025, this Court granted the Parties' Stipulation for Stay Pending Mediation, requiring the Parties to file a joint status report within fourteen (14) days following mediation as to the mediation's outcome and status of the matter [ECF No. 37].

**REPORT ON MEDIATION**

7. On December 9, 2025, Parties participated in an all-day remote mediation before the Hon. Heather Welch (Ret.), an experienced mediator in data privacy class actions with JAMS.

8. At mediation, the Parties were able to achieve agreement on several terms in connection with settling this action on a class-wide basis. However, the Parties are continuing settlement negotiations and are hopeful they may come to an amicable resolution of Plaintiffs' and the proposed Class's claims in this matter.

9. Specifically, the Parties have finalized almost all terms of the settlement agreement and are working on resolving two final terms.

10. On December 22, 2025, the Parties submitted a joint status report advising the Court on the mediation's outcome and requesting additional time to continue settlement negotiations.

-2-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

11.     On February 2, 2026, the Court entered an Order Extending Stay until February 12, 2026, to allow the Parties to continue settlement discussions in order to address one key settlement term remaining.

12.     On February 12, 2026, the Parties submitted a joint status report advising the Court on the Parties' progress with finalizing the settlement agreement, and requesting an additional fourteen (14) day extension until February 26, 2026.

13.     As the Court is aware, this matter involves a complex class action in connection with a purported data breach related to Riverside.

14.     This litigation will be protracted and will encompass a myriad of issues involving discovery, defenses, and disputes expending judicial resources through extensive motion practice, all of which makes a stay ideal at this juncture prior to the outcome of the Parties' mediation.

15.     Given the nature of this type of litigation and the significant progress of settlement discussions, the Parties seek an additional fourteen (14) day stay of all deadlines until March 12, 2026, to work towards completing these negotiations and, at that time, will provide the Court with a joint status report on these negotiations and next steps, if necessary.

/ / /

/ / /

WHEREFORE, Plaintiffs Robert Dapello, Brian Scott Giuiland, Carol Ann Laudonio, Gary Lester, Kathleen Maddox, Jean Markgraf, Darlene Martin, Michael J. Montoya, Floyd Patten, Amber McConnell, and Ronald Hansen and Defendants Riverside Resort & Casino, Inc. and Riverside Resort & Casino, LLC respectfully request an additional fourteen (14) day stay of all deadlines so that the Parties can continue settlement negotiations.

DATED:        February 26, 2026

GORDON REES LLP
SCULLY MANSUKHANI, LLP

*/s/ Rachel L. Wise*

CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
300 S. Fourth Street
Suite 1550
Las Vegas, Nevada  89101

*Attorneys for Riverside Resort & Casino, LLC*

DATED:        February 26, 2026

MURPHY LAW FIRM

*/s/ A. Brooke Murphy*

A. BROOKE MURPHY
(ADMITTED PRO HAC VICE)
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108

RAINA C. BORRELLI
(PRO HAC VICE FORTHCOMING)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL, 60611
*Interim Class Counsel*

NATHAN R. RING, ESQ.
Nevada Bar No. 12078
3100 w. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
*Interim Liaison Counsel*

JOHN J. NELSON, ESQ. (CA SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills, CA 90212

PHILIP J. KRZESKI (PRO HAC VICE)
CHESTNUT CAMBRONNE PA
100 Washington Ave., Ste 1700
Minneapolis, MN 55401-2138

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

TYLER J. BEAN (PRO HAC VICE)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151

LEIGH S. MONTGOMERY
(PRO HAC VICE)
EKSM, LLP
1105 Milford Street
Houston, TX 77006

MONA AMINI (NV BAR NO. 15381)
GUSTAVO PONCE (NV BAR NO. 15084)
KAZEROUNI LAW GROUP, APC
6940 S. Cimarron Road, Suite 210
Las Vegas, NV 89113

M. ANDERSON BERRY, ESQ.
(PRO HAC VICE FORTHCOMING)
GREGORY HAROUTUNIAN
(PRO HAC VICE FORTHCOMING)
CLAYEO C. ARNOLD
A PROFESSIONAL CORP.
865 Howe Avenue
Sacramento, CA 95825

## ORDER

**IT IS HEREBY ORDERED** that the stay of all deadlines in this case is extended to March 12, 2026.

**IT IS FURTHER ORDERED** that the parties must file a Notice of Settlement or a Joint Status Report informing the Court of the status of settlement negotiations no later than March 12, 2026.

**DATED** this __27__ day of February, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

-5-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101