R. Ring, Esq.
Nevada Bar No. 15381
**STRANCH, JENNINGS & GARVEU, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Tel: (725) 235-9750
lasvegas@stranchlaw.com

A. Brooke Murphy
(admitted *pro hac vice)*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma, City, OK 73108
Tel: (405) 389-4989
abm@murphylegalfirm.com

Raina C. Borelli, Esq.
(admitted *pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan, Suite 1610
Chicago IL, 60611
Tel: (872) 263-1100
Fax: (872) 263-1109
raina@straussborrelli.com
** Pro hac vice forthcoming*

*Additional Counsel listed on Signature Page*

*Attorneys for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **ROBERT DAPELLO, BRIAN SCOTT GIUILAND, CAROL ANN LAUDONIO, GARY LESTER, KATHLEEN MADDOX, JEAN MARKGRAF, DARLENE MARTIN, MICHAEL J. MONTOYA, FLOYD PATTEN, AMBER McCONNELL,** and **RONALD HANSEN,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**RIVERSIDE RESORT AND CASINO, LLC,** et al.<br>Defendant. | Case No.: 2:24-cv-01691 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Robert Dapello, Brian Scott Giuiland, Carol Ann Laudonio, Gary Lester, Kathleen Maddox, Jean Markgraf, Darlene Martin, Michael J. Montoya, Floyd Patten, Amber McConnell, and Ronald Hansen ("Plaintiffs") hereby move under Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss their claims against Defendant Riverside Resort and Casino, Inc. ("Riverside" or "Defendant") without prejudice. Plaintiffs are entitled to dismissal without a Court order because Defendant has not filed an answer or a motion for summary judgment.

Dated: May 12, 2026

Respectfully submitted,

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
(*admitted pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

A. Brooke Murphy
(*admitted pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700x
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

*Interim Class Counsel*

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, LLC**
2100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102

Telephone: (725) 235-9750
lasvegas@stranchlaw.com

*Interim Liaison Counsel*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 12th day of May, 2026.

STRAUSS BORRELLI PLLC

By: *__/s/ Raina C. Borrelli__*

Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com